The Honorable Ronald B. Leighton

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8 | ESTATE OF ELIZABETH S. SNOW,
Deceased, PHILIP F. BROWN, Executor,

Civil No. 3:10-cv-05793-RBL

9 |               Plaintiff,

**ORDER EXTENDING THE
DISCOVERY DEADLINE**

10 |     v.

11 | THE UNITED STATES OF AMERICA,

12 |               Defendant.

13

      This matter having come before the Court pursuant to the agreement of all parties

14

hereto, and good cause being shown, it is hereby ORDERED that the Joint Motion to Extend

15

the Discovery Deadline is GRANTED. Therefore, the following deadline has been extended

16

as shown below:

17

**Submission**                                    **Date**

18

Discovery COMPLETED by               November 1, 2011

19
20
21
22

Order Extending the Discovery Deadline – Page 1

23

Civil No. 3:10-cv-05793-RBL

24

BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Tel (713) 229-1597
Fax (713) 229-2797

The Honorable Ronald B. Leighton

1    DATED this ____ day of September, 2011.

2

3

Ronald B. Leighton
4    United States District Judge

5    Presented by:

6    BAKER BOTTS L.L.P.

7

s/ John W. Porter                          s/ Robert J. Kovacev
8    John W. Porter                        Robert J. Kovacev
     Keri D. Brown                         Senior Litigation Counsel, Tax Division
9    Jeffrey D. Watters, Jr.               Lindsay L. Clayton
     One Shell Plaza                       Trial Attorney, Tax Division
10   910 Louisiana Street                  U.S. Department of Justice
     Houston, TX 77002-4995                P.O. Box 683
11   Phone: (713) 229-1597                 Ben Franklin Station
     Fax:   (713) 229-2797                 Washington, D.C. 20044-0683
12   john.porter@bakerbotts.com            Phone: (202) 307-6541
     keri.brown@bakerbotts.com             Fax:   (202) 514-5238
13   jeff.watters@bakerbotts.com           robert.j.kovacev@usdoj.gov
                                           lindsay.l.clayton@usdoj.gov
14   CORR CRONIN MICHELSON
     BAUMGARDNER & PREECE LLP
15                                         Attorneys for Defendant the United States of
     Kelly P. Corr, WSBA No. 0555          America
16   Paul R. Raskin, WSBA No. 24990
     1001 Fourth Avenue, Suite 3900
     Seattle, WA 98154-1051
17   Phone: (206) 625-8600
     Fax:   (206) 625-0900
18   kcorr@corrcronin.com
     praskin@corrcronin.com

19   Attorneys for Plaintiff the Estate of Elizabeth
     S. Snow, Deceased; Philip F. Brown, Executor

20

21

22
     Order Extending the Discovery Deadline – Page 2          BAKER BOTTS L.L.P.
23                                                                910 Louisiana Street
                                                                  Houston, Texas 77002
     Civil No. 3:10-cv-05793-RBL                                  Tel (713) 229-1597
24                                                                Fax (713) 229-2797