The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ESTATE OF ELIZABETH S. SNOW, Deceased, PHILIP F. BROWN, Executor,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. 3:10-cv-05793-RBL<br><br>**ORDER EXTENDING THE DISCOVERY DEADLINE** |

This matter having come before the Court pursuant to the agreement of all parties hereto, and good cause being shown, it is hereby ORDERED that the Joint Motion to Extend the Discovery Deadline is GRANTED. Therefore, the following deadline has been extended as shown below:

| **Submission** | **Date** |
|---|---|
| Discovery COMPLETED by | November 1, 2011 |

Order Extending the Discovery Deadline – Page 1

Civil No. 3:10-cv-05793-RBL

BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Tel (713) 229-1597
Fax (713) 229-2797

The Honorable Ronald B. Leighton

DATED this 14th day of September, 2011.

_____
Ronald B. Leighton
United States District Judge

Presented by:

BAKER BOTTS L.L.P.

| | |
|---|---|
| s/ John W. Porter | s/ Robert J. Kovacev |
| John W. Porter | Robert J. Kovacev |
| Keri D. Brown | Senior Litigation Counsel, Tax Division |
| Jeffrey D. Watters, Jr. | Lindsay L. Clayton |
| One Shell Plaza | Trial Attorney, Tax Division |
| 910 Louisiana Street | U.S. Department of Justice |
| Houston, TX 77002-4995 | P.O. Box 683 |
| Phone: (713) 229-1597 | Ben Franklin Station |
| Fax: (713) 229-2797 | Washington, D.C. 20044-0683 |
| john.porter@bakerbotts.com | Phone: (202) 307-6541 |
| keri.brown@bakerbotts.com | Fax: (202) 514-5238 |
| jeff.watters@bakerbotts.com | robert.j.kovacev@usdoj.gov |
| | lindsay.l.clayton@usdoj.gov |

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

Attorneys for Defendant the United States of America

Kelly P. Corr, WSBA No. 0555
Paul R. Raskin, WSBA No. 24990
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
Phone: (206) 625-8600
Fax: (206) 625-0900
kcorr@corrcronin.com
praskin@corrcronin.com

Attorneys for Plaintiff the Estate of Elizabeth S. Snow, Deceased; Philip F. Brown, Executor

Order Extending the Discovery Deadline – Page 2

Civil No. 3:10-cv-05793-RBL

BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Tel (713) 229-1597
Fax (713) 229-2797